1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11  QUANG THAI                          )   No.  14-cv-04651-CBM (PJWx)
                                        )
12             Plaintiff,                )   **ORDER DISMISSING ACTION  [JS-6]**
         vs.                            )
13                                      )
    NATIONSTAR MORTGAGE;                )
14  MIRAD FINANCIAL GROUP;              )
    BANK OF AMERICA HOME                )
15  LOANS; QUALITY LOAN                 )
    SERVICE CORPORATION;                )
16                                      )
    MORTGAGE ELECTRONIC                 )
17  REGISTRATION SYSTEMS, INC.;         )
18  and DOES 1 THROUGH 10,              )
                                        )
19             Defendants.              )
                                        )
20                                      )
21                                      )
22                                      )
23                                      )
24                                      )
25                                      )
26                                      )
27
28

1

1       Plaintiff Quang Thai ("Plaintiff") filed a Complaint on August 4, 2014, against Defendants Nationstar Mortgage, Mirad Financial Group, Bank of America Home Loans, Quality Loan Service Corporation, Mortgage Electronic Registration Systems, Inc., and Does 1 through 10. (Dkt. No. 3.)

      The only federal claim alleged in the Complaint is pursuant to the Truth in Lending Act ("TILA"), 15 U.S.C. § 1601 *et seq*. However, that claim is barred by the statute's one-year limitations period. *See* 15 U.S.C. §1640(e); *Hubbard v. Fidelity Federal Bank*, 91 F.3d 75, 79 (9th Cir. 1996); *King v. State of California*, 784 F.2d 910, 915 (9th Cir. 1086). Plaintiff did not allege facts sufficient for diversity jurisdiction. *See* U.S.C. § 1332.

      Based on the foregoing, the Court issued an Order to Show Cause ("OSC"), why the Court should not dismiss the action for lack of subject matter jurisdiction. (Dkt. No. 8.) Plaintiff was ordered to provide, in writing, the factual and legal basis satisfying the requirements for subject matter jurisdiction no later than October 29, 2014. The OSC provided that failure to respond on or before October 29, 2014, would result in dismissal of Plaintiff's TILA claim with prejudice and dismissal of Plaintiff's state claims without prejudice.

      Plaintiff failed to timely respond to the Court's OSC. Accordingly, the Court hereby dismisses Plaintiff's TILA claim with prejudice. The Court hereby dismisses Plaintiff's remaining state claims without prejudice, meaning Plaintiff may file the state claims in state court.

**IT IS SO ORDERED.**

DATED: November 7, 2014

      CONSUELO B. MARSHALL
      UNITED STATES DISTRICT JUDGE